UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Devash Farms, Ltd.,

                        Plaintiff(s),

     -against –

NYSW Beverage Brands, Inc.,

                        Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:21-CV-03264 (CS)

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED.**

Dated: July 23, 2021

     White Plains, New York

                                                                   _____
                                                                     CATHY SEIBEL, U.S.D.J.